In the Matter of the Claim of IDA JACOBS, Respondent, against A. SHERMAN LUMBER COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted November 22, 1932; decided December 6, 1932.)

*Dickinson S. Talley* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.